**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM F. CARADINE, ADC# 090785                                                    PETITIONER

v.                                    No. 5:13CV00110 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    This cause of action is DISMISSED without prejudice.

2.    A certificate of appealability will not be issued.

DATED this 26th day of September, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE