# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIAM F. CARADINE, ADC# 090785                                                         PETITIONER

v.                                        No. 5:13CV00110 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. This cause of action is DISMISSED without prejudice.

2. A certificate of appealability will not be issued.

DATED this 26th day of September, 2013.

                                                                                      _J. Leon Holmes_
                                                                                      _____
                                                                                      J. LEON HOLMES
                                                                                      UNITED STATES DISTRICT JUDGE